No. 1020. GAY-OLA COMPANY, PETITIONER, *v.* COCA COLA COMPANY. April 21, 1913. Petition for a writ of

certiorari to the United States Circuit Court of Appeals for the Sixth Circuit denied. *Mr. Frederick S. Tyler* for the petitioner. *Mr. W. D. Thomson* and *Mr. Harold Hirsh* for the respondent.